IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BRADLEY MICHAEL COOK**                                            PLAINTIFF

v.                               No. 4:25-cv-324-DPM

**SOCIAL SECURITY
ADMINISTRATION, Commissioner**                            DEFENDANT

### ORDER

The Government doesn't object to Cook's motion for an award of fees under 28 U.S.C. § 2412(d). The hours are reasonable, and the stipulated hourly rate works out to a total of $7,221.70. The unopposed motion, *Doc. 13*, is therefore granted. The Court awards $7,221.70 — payable directly to Cook, subject to any offset to satisfy any preexisting debt owed to the United States. *Astrue v. Ratliff*, 560 U.S. 586, 591 (2010). The check should be mailed to Cook's lawyer.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

9 September 2025